IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:13-cv-23285-WJZ

AUTOMOTORES GALINDO, S.A.,

        Plaintiff,

v.

FORD MOTOR COMPANY,

        Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING CERTIFIED TRANSLATIONS
OF EXHIBITS IN SUPPORT OF OBJECTIONS TO RECOGNITION AND
ENFORCEABILITY OF AN OUT-OF-COUNTRY FOREIGN JUDGMENT**

    Defendant, FORD MOTOR COMPANY ("Ford"), by its undersigned counsel, gives notice of filing the certified English translations of the Spanish exhibits filed in support of its Notice of Objection to Recognition and Enforceability of an Out-of-Country Foreign Judgment ("Objection") filed on September 13, 2013 [DE 5] and Ford's Memorandum of Law in Support of its Objection ("Memorandum") also filed on September 13, 2013 [DE 6]. Ford filed the Spanish exhibits as attachments to its Memorandum but referenced them as attachments to the Declaration of Ramiro Guevara filed as Exhibit 1 to the Objection [DE 6-1]. To clarify the record, Ford is re-filing the Declaration of Ramiro Guevara as **Exhibit 1** to this Notice with the original Exhibits A through J attached thereto. Exhibits B and C are already in English. The certified English translations of Exhibits A and D through J are attached to the Declaration of Oleg Rivkin filed as **Exhibit 2** to this Notice.

    Dated: November 7, 2013

                                                        Respectfully submitted,

                                                        *s/ Gary M. Pappas*
                                                        WENDY F. LUMISH
                                                        Florida Bar No.: 334332
                                                        Email: wlumish@carltonfields.com
                                                       GARY M. PAPPAS

         Florida Bar No.: 705853
         Email: gpappas@carltonfields.com
         CARLTON FIELDS, P.A.
         Suite 4200, Miami Tower
         100 Southeast Second Street
         Miami, Florida 33131
         Telephone: (305) 530-0050
         Facsimile:  (305) 530-0055

         OLEG RIVKIN (Pro Hac)
         Email: orivkin@carltonfields.com
         CARLTON FIELDS, P.A.
         26 Broadway, 22nd Floor
         New York, New York  10004
         Telephone (212) 785-2577
         Facsimile   (212) 785-5203

         *Counsel for Defendant Ford Motor Co.*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on November 7, 2013, I electronically filed the foregoing *Notice of Filing Certified Translations* with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List.

            *s/ Gary M. Pappas*
            GARY M. PAPPAS

## SERVICE LIST

Michael Diaz, Jr.
Email: mdiaz@diazreus.com
Gary Davidson
Email: gdavidson@diazreus.com
DIAZ REUS & TARG, LLP
Suite 3400, Miami Tower
100 Southeast Second Street
Miami Florida 33131
Telephone (305) 375-9220
Facsimile  (305) 375-8050

*Counsel for Plaintiff,
Automotores Galindo S.A.*